IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COGNETX, INC.,<br>　　　　　　　Plaintiff,<br>　v.<br><br>ROBERT HAUGHTON, a/k/a ROBERT<br>HOUGHTON, et al.,<br>　　　　　　　Defendants. | CIVIL NO. 10-2293 |

# ORDER

**AND NOW,** this 26th day of August, 2010, upon review and consideration of Plaintiff's Motion to Remand to State Court [Doc. No. 7], Defendants' Brief in Opposition [Doc. No. 20], Plaintiff's Reply [Doc. No. 22], and the parties' letter briefs submitted on July 20th and July 22nd, and for the reasons stated in the foregoing Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. This matter shall be **REMANDED** back to the Court of Common Pleas of Bucks County.

The Clerk of Court is **DIRECTED** to **CLOSE** this case. It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**